1   JOSEPH P. RUSSONIELLO   (CSBN 44332)
    United States Attorney
2   THOMAS MOORE  (ASBN 4305-O78T)
    Assistant United States Attorney
3    10th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
4    San Francisco, California 94102
     Telephone:  (415) 436-7017
5
    Attorneys for United States of America
6

7

8                    UNITED STATES DISTRICT COURT FOR THE

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA and            )
    JEANETTE FARMER, Revenue Officer,       )       No. C-08-5733-MHP
12                                          )
                Petitioners,                )
13                                          )
           v.                               )       REQUEST FOR DISMISSAL
14                                          )       AND ORDER THEREON
    LABIB BARANCE,                          )
15                                          )
                Respondent.                 )
16  _____ )

17        On December 23, 2008, the United States filed a Verified Petition To Enforce Internal

18  Revenue Service Summons against respondent Labib Barance.

19        For the reason that Respondent has not filed an answer or otherwise filed a pleading in

20  this matter and the IRS no longer seeks enforcement of the summons at issue, the United States

21  of America asks that this matter be dismissed.

22                                          Respectfully submitted,

23                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
24
                                            /s/ Thomas Moore
25                                          THOMAS MOORE
                                            Assistant United States Attorney
26                                          Tax Division

27        **IT IS SO ORDERED.**

28        **ORDERED** this _9th_ day of March, 2009 at San Francisco, Ca

                                            IT IS SO ORDERED

                                            Judge Marilyn H. Patel

                                            _____
                                            UNITED STATES DISTRICT //JUDGE